UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON MCFADDEN,<br><br>               Plaintiff,<br><br>     v.<br><br>NEW YORK STATE PAROLE OFFICERS<br>STEPHEN MARCUS, CAUDIEU D. COOK,<br>SR., and CHARLES RUSSELL,<br><br>               Defendants. | No. 05 Civ. 4342 (TLM) (LB) |

## NOTICE OF MOTION

Please take notice that, upon the annexed Declaration of Peter K. Vigeland, sworn to this 14th day of September, 2009, plaintiff's counsel Peter K. Vigeland and Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") will move this Court, as soon as counsel can be heard, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an order pursuant to Local Rule 1.4 and Rule 1.16 of the New York Rules of Professional Conduct permitting WilmerHale to withdraw as counsel for plaintiff in this action.

Dated: September 14, 2009
       New York, New York

                                              Brian A. Sutherland
                                              WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                              399 Park Avenue
                                              New York, New York 10022
                                              Tel.: (212) 230-8800
                                              Fax: (212) 230-8888