## **MINUTE ENTRY**

Judge Tucker L. Melançon

September 14, 2009

McFadden

versus

<u>Marcus, et al.</u>                                                                                  <u>Civil Action No. 05-4342</u>

  The Court is in receipt of plaintiff's attorney's Notice of Motion [Rec. Doc. 95] wherein plaintiff's counsel is attempting to withdraw as counsel of record for the plaintiff.  A hearing on the motion will be set at the Court's earliest opportunity. Plaintiff's attorney is directed to provide the Court with plaintiff's current mailing address, and is to provide plaintiff with a copy of the motion that he has filed with the Court, if he has not already done so, as well as a copy of this Minute Entry.